NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
30715
28-JUN-2011
08:01 AM**

NO. 30715

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

NONALYN K. AMASIU-WRIGHT, on behalf of
Precious K. Cardus-Wright and Serene K. Cardus-Wright,
Petitioner-Appellant,

v.

VIOLET A. CARDUS, Respondent-Appellee

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-DA NO. 10-1-1008)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Nakamura, C.J., Leonard and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) Petitioner-Appellant Nonalyn K. Amasiu-Wright (Appellant), on behalf of Precious K. Cardus-Wright and Serena K. Cardus-Wright filed a notice of appeal on September 3, 2010; (2) on November 1, 2010, the appellate clerk filed the record on appeal and informed Appellant that the jurisdictional statement was due on November 11, 2010, and the opening brief was due on December 13, 2010;

(3) Appellant filed the jurisdictional statement, but she did not

file the opening brief; (4) on May 27, 2011, the appellate clerk provided notice to Appellant that: (a) the time to file the opening brief expired; (b) the matter would be called to the attention of the court on June 3, 2011; and (c) the appeal may be dismissed pursuant to Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 30; and (5) Appellant did not file the opening brief or request relief from default.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed pursuant to HRAP Rule 30.

DATED: Honolulu, Hawaiʻi, June 28, 2011.

Chief Judge

Associate Judge

Associate Judge